Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ☐ ST. THOMAS/ST. JOHN ☐ ST. CROIX

CHARlotte Pole DAVIS
(Print your full name)

Plaintiff *pro se*,

v.

Osbert Potter
Tregenza Roach
Albert Bryan, Jr
Govt of V.I

Defendant(s)

**COMPLAINT**

Civil Action No. 22-0062
(To be provided by the Clerk of Court)

**Provide full name(s) of defendant(s).** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part II below.

**I. Jurisdiction is asserted pursuant to (CHECK ONE):**

☒ 42 U.S.C. §1983 (for claims against state actors)

☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for claims against federal actors)

**II. Parties in this complaint:**

A. List your name, address and telephone number. You **must** keep the Clerk of Court apprised of your current contact information.

Name: Charlotte Poole Davis
Street Address: 36 Tipperary, P.O. Box 25945 St
City/State/Zip Code: St Croix, V.I 00824
Telephone No.: 340-643-5084 Email Address: Charlotte_davis35@yahoo.com

B. Provide the name and address of each defendant listed in the caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Osbert Potter
Position/Title: former Lt Gov.
Place of Employment: —
Type of Suit (check all that apply): ☐ individual capacity ☒ official capacity
Address: C/o Lt Gov. Office, GVI
Tuskycenter, St Thomas, VI

Rec'd/DOI-SX 12 02 '22 PM01:01

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

Defendant No. 2

Name: Tregenza Roach

Position/Title: Lt Govanor of V-I

Place of Employment: Lt Governor's Office, St. Thomas, V-I

Type of Suit (check all that apply): ☐ individual capacity ☒ official capacity

Address: Nisky Center, St Thomas, V I

If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) name; (2) position/title; (3) place of employment; (4) type of suit; and (5) address.

### III. Statement of Claim(s)

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action. Include also the names of other persons involved in the events giving rise to your claims. If you assert multiple claims, number and set forth each claim in a separate paragraph. **Do not give any legal arguments or cite any cases or statutes**.

A. Where did the events giving rise to your claim(s) occur? St. Croix

B. What date did the events giving rise to your claim(s) occur? June 12, 2012

C. Identify the constitutional rights you believe have been violated. *If there are more than four counts, attach a separate sheet.*

i. Count I: Declaratory Judgement - 14th amendment of U.S. Constitution,

ii. Count II: Preliminary Permanent Injunction " "

iii. Count III: Slander of Title " "

iv. Count IV:

Parties: Defendant no 3

Name: Albert Bryan Jr

Position/title: Governor V.I.

Type of Suit

Place of Employment: Government of V.I. ☒ Official Capacity

address: Govt House, 5047 Kongens Gade, St Thomas, V.I.

Parties Defendant No 4:

Government of the V.I.,

c/o Gov Albert Bryan, Jr.

D. Provide the essential facts of your case "**IN NUMBERED PARAGRAPHS, EACH LIMITED AS FAR AS PRACTICABLE TO A SINGLE SET OF CIRCUMSTANCES.**"[1] *Attach additional sheets of paper as necessary, numbering each allegation.*

1. See attached Complaint

2. 

3. 

4. 

5. 

6. 

[1] FED. R. CIV. P. 10.

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

## IV. Damages

Describe how you were damaged by any action or conduct of the defendant(s). If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

See attached Complaint

## V. Relief Requested

**V. Relief Requested** (*check only those that apply*). If you named two or more defendants and are seeking different relief against each defendant, indicate accordingly.

See attached complaint

☐ Monetary damages in the amount of: ______ against:

X All defendants ___ Def. No. 1 ___ Def. No. 2

☒ An injunction ordering: Remove from the records of Recorder of Deed, document captioned "Special Deed" dated June 21, 2017 against:

X All defendants ___ Def. No. 1 ___ Def. No. 2

☐ Other (*specify*): ______ against:

___ All defendants ___ Def. No. 1 ___ Def. No. 2

☒ Costs and fees incurred in litigating this matter.

☐ Trial by jury on all issues so triable.

☐ Such other relief as may be appropriate.

## VI. Previous Lawsuits

A. Have you filed other lawsuits in federal court dealing with the same facts involved in this action?
☐ Yes ☒ No

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 6 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

1. Court: n/a
2. Case/Docket/Index Number: n/a
3. Date lawsuit filed: n/a Date closed ______

## VII. Verification and Declaration under Penalty of Perjury

*Initial each of the following*:

✓ I have included **one** properly completed Form JS 44 Civil Cover Sheet (available from the clerk's office).

✓ I have included **one** properly completed Form VI-AO 44 Summons in a Civil Action (available from the clerk's office) **for each defendant** I am suing, including the defendant's full name, job title and work address.

✓ In addition to this complaint with an original signature, I have included **one copy** of this complaint for **each defendant.**

✓ I have included:

- ☐ Full payment of the filing fee ($400.00) via cash (delivered in person) or check or money order payable to Clerk, District Court of the Virgin Islands; **or**
- ☒ A properly completed Motion to Proceed *In Forma Pauperis* in a Non-Prisoner Civil Action (Form VI-AO 240-NP)

_______ **I have included the following (available from the clerk's office):

- ☐ Motion for Permission for Electronic Case Filing ("e-filing or ECF")
  - _______ I understand the Court may deny my ECF motion pursuant to Local Rule of Civil Procedure 5.4(b)(2).
  - _______ I understand if the Court grants my ECF motion, it may subsequently terminate my e-filing access.
- ☐ Pro Se ECF Registration Form

** *INITIAL and complete ECF motion/registration form only if you have access to a computer and an email account.*

✓ I agree to promptly notify the clerk of any change of address.

✓ I have read all of the statements in this complaint. [*Do not forget to keep a copy for your records.*]

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE AND CORRECT. 28 U.S.C. §1746; 18 U.S.C. §1621

This 2nd day of December, 2022.

Charlotte Poole Davis
Signature of plaintiff