*Office of the Lieutenant Governor*

Doc# 201_ _02662

Doc# 2013002662

# Certificate of Purchase

I Gregory Francis, Lieutenant Governor of the Virgin Islands by virtue of the powers vested in me by law do hereby grant and convey unto CHARLOTTE P. DAVIS of P.O. Box 7982 Christiansted St. Croix 00823, her heirs, successors (Name and Address of and assigns the following described property which was sold at public auction on the 5th day of June, 2012, at The V.I. Cardiac Center for the sum of $18,100.00, which sum has been paid by the purchaser, the aforesaid real property having been sold for non-payment by the owner thereof MICKENS, HAYWOOD & VERTELLE, of taxes in the amount of $4,381.52, penalties in the amount of $980.49 , Advertising Fee of $40.00, Recording Fee of $20.00 . Legal description Plot no. 44 Lowry Hill, Eastend "A" Quarter consisting of 0.533 U.S. Acres, as shown on OLG Dwg No. 4502.

Parcel No. 2-05100-0298-00

TO HAVE AND TO HOLD unto the said purchaser, his heirs, successors and assigns, the above described premises, with all of the appurtenances thereto forever.

This deed is issued pursuant to the sale of the above described property in accordance with the provisions of 33 V.I.C. 2551 for delinquent taxes for the year(s) 1992-2009 And when recorded in the office of the Recorder of Deeds, vest title in Charlotte P. Davis free from all mortgages, liens or other encumbrances in accordance with Title 33, Section 2551 of the Virgin Islands Code, Ann.

IN WITNESS WHEREOF I hereunto affix my hand on the 9th day of JUL, 2013

Subject to redemption Pursuant to Title 33, Section 2581 of the Virgin Islands Code.

[signature]

Executed in the presence of

[signature]

[signature]

TERRITORY OF THE VIRGIN ISLANDS
DIVISION OF St. Thomas

Exhibit 1

Before me the undersigned Notary Public on this the 9 day of July 2013, personally appeared GREGORY L. FRANCES to me known to be the person whose name is subscribed to the foregoing Certificate of Purchase and he acknowledged that he executed the same for the purposed therein contained.

IN WITNESS WHEREOF I hereunto affix my hand and official seal.

Notary Public
GNP-02
NOTARY PUBLIC
Name: Gail Danet-Joseph
My Commission Exp. At the pleasure
Lieutenant Governor
St. Thomas/St. John, USVI District

RECEIPT OF REDEMPTION PRICE

—0—

I hereby acknowledge receipt of $_____, in full payment of the redemption price, including all interest due thereon, for the redemption of the property covered by the foregoing Certificated of Purchase, pursuant to 33 V.I.C. 2581.

WITNESSES:

IN WITNESS WHEREOF I hereunto affix my hand and official seal.

Date

Notary Public

Doc# 2013002662
Book: 1344
Pages: 332
Filed & Recorded
07/23/2013 4:13PM
ALTHEA R. PEDRO
RECORDER OF DEEDS
ST CROIX

Recorder

Doc# 2013002662
Book 1344
Pages 332
Filed & Recorded
07/23/2013 4:13PM
ALTHEA R. PEDRO
RECORDER OF DEEDS
ST CROIX
Recorder

1

Doc# 2013002662

Doc# 2013002662

GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS

# OFFICE OF THE LIEUTENANT GOVERNOR

## DIVISION OF REAL PROPERTY TAX

1105 King Street • Christiansted, Virgin Islands 00820 • 340.773.6449 • Fax 340.773.0330
18 Kongens Gade • Charlotte Amalie, Virgin Islands 00802 • 340.774.2991 • Fax 340.774.6953

## REAL PROPERTY TAX CLEARANCE LETTER

**TO:** Office of the Recorder of Deeds

**FROM:** Office of the Tax Collector

In accordance with Title 28, Section 121, as amended, this shall certify that there are no outstanding Real Property Tax obligations for the following:

| | |
|---|---|
| PARCEL NUMBER | 2-05100-0298-00 |
| LEGAL DESCRIPTION | # 44 LOWRY HILL |
| OWNER'S NAME | CHARLOTTE P. DAVIS |

Taxes have been researched up to and including 2011

CERTIFIED TRUE AND CORRECT BY

Valencio Jackson
Tax Collector

SIGNATURE

July 29, 2013
DATE