# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **CHARLOTTE P. DAVIS a/k/a** <br> **CHARLOTTE POOLE DAVIS,** <br><br> **Plaintiff** <br><br> v. <br><br> **OSBERT POTTER, Former Lt.** <br> **Governor of the Virgin Islands,** <br> **TREGENZA ROACH, Lt. Governor** <br> **of the Virgin Islands, ALBERT BRYAN,** <br> **JR., Governor of the Virgin Islands,** <br> **GOVERNMENT OF THE VIRGIN** <br> **ISLANDS,** <br><br> **Defendants.** | Civil Action No. 2022-0062 |

**Appearances:**
**Charlotte P. Davis,** *Pro Se*
St. Croix, U.S.V.I.

**Ariel Marie Smith Francois, Esq.**
St. Thomas, U.S.V.I.
**Eric S. Chancellor, Esq.**
St. Croix, U.S.V.I.
**Venetia H. Velazquez, Esq.**
St. Croix, U.S.V.I.
    *For Defendants*

# **ORDER**

THIS MATTER comes before the Court on the Report and Recommendation submitted by Magistrate Judge Emile A. Henderson III. (Dkt. No. 35). In his R&R, Magistrate Judge Henderson recommends that Plaintiff Charlotte P. Davis' ("Plaintiff") Amended Motion for Preliminary Injunction (Dkt. No. 16) be denied and Plaintiff's earlier-filed Motion for Preliminary Injunction (Dkt. No. 7) be denied as moot. For the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Henderson's Report and Recommendation dated July 7, 2023 (Dkt. No. 35) is **ADOPTED AS MODIFIED** in the accompanying Memorandum Opinion; and it is further

**ORDERED** that Plaintiff's Amended Motion for a Preliminary Injunction (Dkt. No. 16) is **DENIED**, and it is further

**ORDERED** that Plaintiff's initial Motion for a Preliminary Injunction (Dkt. No. 7) is **DENIED AS MOOT**; and it is further

**ORDERED** that Magistrate Judge Henderson's Report and Recommendation dated December 5, 2022 (Dkt. No. 9) is **REJECTED AS MOOT**.

**SO ORDERED.**

Date:   March 30, 2024                               _____/s/_____
                                                     WILMA A. LEWIS
                                                     District Judge